IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WILLIE ARTHUR SNEED | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 3-05-CV-2032-H |
| | § | |
| HUNT COUNTY MEDICAL DEPARTMENT, ET AL. | § | |
| | § | |
| Defendants. | § | |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are correct and they are hereby accepted as the Findings of the Court.

Accordingly, plaintiff is permitted to prosecute his claim for lack of adequate dental care against Nurse Gail Pierce. All other claims are summarily dismissed pursuant to 28 U.S.C. § 1915(e)(2). The court has filed a Fed. R. Civ. P. 54(b) final judgment today.

The district clerk is directed to issue summonses to, and the United States Marshals Service is directed to serve them on, defendant Nurse Gail Pierce.

SO ORDERED this 23rd day of February, 2006.

_____
BAREFOOT SANDERS, SENIOR JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS